# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PRO PUBLICA, INC. and
VIRGINIAN-PILOT MEDIA COMPANIES, LLC

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS

    Defendant.

Civil Action No. _____

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction ("Motion"), Defendant's opposition thereto, and Plaintiffs' reply, and for good cause shown, it is hereby:

**ORDERED** that the Motion is granted;

**ORDERED** that the United States Department of Veterans Affairs ("VA"), including all relevant administrations, offices, and/or other components thereof, shall:

1. no later than seven days from the date of this Order, provide partial response "determinations" to Plaintiffs with respect to any responsive, non-exempt records to and from VA's current Under Secretary for Health, David J. Shulkin, MD, with respect to Plaintiffs' FOIA requests dated May 12, 2015 and September 1, 2015 concerning Agent Orange and dioxin and effects on veterans and/or their offspring ("First and Second FOIA Requests"), and produce all responsive, non-exempt records related to such partial "determinations" along with a *Vaughn* index of any withholdings no later than ten days from the date of this Order;

2. no later than twenty-one days from the date of this Order, complete all response "determinations" in connection with the First and Second FOIA Requests and

produce all responsive, non-exempt records along with a *Vaughn* index of any withholdings no later than thirty days from the date of this Order;

**ORDERED** that each "determination" shall comply with the standard set forth in *Citizens for Responsibility & Ethics in Wash. ("CREW") v. FEC*, 711 F.3d 180, 188 (D.C. Cir. 2013): "[I]n order to make a 'determination' . . . the agency must at least: (i) gather and review the documents; (ii) determine and communicate the scope of the documents it intends to produce and withhold, and the reasons for withholding any documents; and (iii) inform the requester that it can appeal whatever portion of the 'determination' is adverse"; and

**ORDERED** that VA shall not apply a "cut-off date" for its searches for responsive records any earlier than the date the Complaint was filed in this action, and VA shall indicate any such date(s) to Plaintiffs in writing.

It is **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

Date: _____